No. 88–5822. TELEPO v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 88–5833. LATHAM v. GLUCKSTERN ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5835. KAY v. CITY OF BERKELEY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 88–5836. BAEZ v. COUNTY OF ONONDAGA. C. A. 2d Cir. Certiorari denied.

No. 88–5838. COLOZZI v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 88–5840. THOMPSON v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 88–5843. RAMOS-LOPEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–5844. BENNY v. CHICAGO TITLE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5847. JANKOWSKI v. FULTON COUNTY MEDICAL EXAMINER ET AL. Sup. Ct. Ga. Certiorari denied.

No. 88–5848. BLAKEY v. VASSAR ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5850. HILL v. SCHUKIE ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5854. CREEL v. HECKMANN, CHAIRMAN, TEXAS BOARD OF PARDONS AND PAROLES. Ct. Crim. App. Tex. Certiorari denied.

No. 88–5855. STERLING v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 88–5856. LEE v. COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.